UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ARNOLD REEVES and BARBARA REEVES,       :
                        Plaintiffs,     :
                                        :   08 Civ. 6873 (DLC)
              -v-                       :
                                        :        ORDER
BANKERS TRUST OF CALIFORNIA, N.A. and   :
DELTA FUNDING CORP.,                    :
                        Defendants.     :
                                        X
----------------------------------------

DENISE COTE, District Judge:

     By Order of July 5, 2011, the Court denied plaintiff Arnold Reeves' request to appear by phone at the July 29 initial pretrial conference.  On July 19, the Court received a motion for reconsideration explaining that plaintiff Barbara Reeves will have difficulty attending the conference due to her work schedule.  It is hereby

     ORDERED that the motion for reconsideration is denied.  The plaintiff may send a letter to the Court prior to the conference

containing any issues he wishes the Court to address at the conference. A copy of the transcript of the conference will be provided to the plaintiff.

SO ORDERED:

Dated:   New York, New York
         July 20, 2011

                                                _____
                                                      DENISE COTE
                                      United States District Judge

2

Copies sent to:

Arnold Reeves  
38595-054  
FCI Fort Dix  
P.O. Box 2000  
Fort Dix, NJ 08640

Barbara Reeves  
2070 First Avenue, #658  
New York, NY 10029